# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa R. Teets <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-24096 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificat and index same on the master mailing list.

Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bnicholas@kmllawgroup.com