FILED
11/30/21 6:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-24096-GLT |
| TERESA R. TEETS, | Chapter 13 |
| | Related Dkt. No. 81 |
| *Debtor.* | |

## ORDER TO SHOW CAUSE

This matter is before the Court upon the *Amended Chapter 13 Plan Dated 11/17/2021* [Dkt. No. 79]. On November 18, 2021, the Court entered a *Text Order* [Dkt. No. 81] directing Debtor to refile the amended plan on or before November 26, 2021 in accordance with Judge Taddonio's updated Chapter 13 procedures. A review of the docket indicates that as of the date of this *Order*, Debtor has not refiled the amended plan.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. A hearing is scheduled for **December 22, 2021** at **11 a.m.** in Courtroom A, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219, at which time Kenneth M. Steinberg, Esq. shall personally appear to show cause why the Court should not dismiss the case due to the failure to comply with the *Text Order* [Dkt. No. 81].

2. On or before **December 15, 2021**, the Debtor shall file any response.

3. The Court may vacate this *Order to Show Cause* in the event that the Debtor complies with the *Text Order*.

Dated: November 30, 2021

_____
GREGORY L. TADDONIO   hct
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Debtor
Kenneth M. Steinberg, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24096-GLT |
| Teresa R. Teets | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Teresa R. Teets, 3919 41st Avenue, New Brighton, PA 15066-2835 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon Trust Company National Association FKA The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor The Bank Of New York Mellon et al jprostko@c-vlaw.com  jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor The Bank Of New York Mellon et al pawb@fedphe.com |
| Kenneth M. Steinberg | on behalf of Debtor Teresa R. Teets julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.c |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    om;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7