**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/23/21 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-24096-GLT |
| | : | Chapter: 13 |
| Teresa R. Teets | : | |
| | : | |
| | : | Date: 12/22/2021 |
| *Debtor(s).* | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:** # 85 - Hearing on Order to Show Cause for Failure to Comply with the Court's November 18, 2021 Order
[Response due 12/15/21]

**APPEARANCES**:
    Debtor:    Kenneth M. Steinberg

**NOTES:** [11:09 a.m.]

Steinberg: I want to acknowledge two areas of fault. First, I have not learned how to electronically file. Secondly, I have relied upon on my staff to address corrective orders. Both of these issues are my responsibility.

Court: I understand that with respect to the first corrective order, but not after the order to show cause was issued. That should have triggered a response.

Steinberg: I cannot assume things are done.

Court: It's unfortunate we are in this spot. As long as this is addressed, I am prepared to vacate the OTSC. I need to ensure the proper system is in place. Let me clarify where we are. The document filed yesterday was a notice of modification with exhibit A being a copy of the modification. At 8 am today, a new modification was filed with the plan attached.

**OUTCOME:**

1. The hearing on the *Order to Show Cause for Failure to Comply with the Court's November 18, 2021 Order* [Dkt. No. 85] is CONCLUDED. The Order to Show Cause is vacated. [Text Order]

**DATED:** 12/22/2021