IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Teresa R. Teets | ) | Bankruptcy No. 17-24096 GLT |
| *Debtor* | ) | |
| SSN XXX-XX-1623 | ) | Chapter 13 |
| | ) | |
| Teresa R. Teets | ) | Document No. |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on November 10, 2022, a true and correct copy of the *Order Dismissing Case and Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Haemonetics Corporation
Attn: Payroll Department
400 Wood Road
Braintree, MA  02184


Date of Service: November 10, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201