IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Teresa Teets | ) | Case No. 17-24096 GLT |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No. 101 - 104 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | Hearing Date and Time: |
| | ) | November 30, 2022 at 9:00 AM |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Bank of America, Beaver Valley Medical | ) | |
| Center, Duquesne Light Co., PA Dept. of Revenue, | ) | |
| Quantum3 Group, Bank of New York Mellon | ) | |
|     Respondents | ) | |

**<u>CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTOR</u>**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtor filed on October 26, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtor appears thereon. Pursuant to the Notice of Hearing, objections for Application for Final Compensation by Counsel for Debtor were to be filed and served no later than November 14, 2022.

    It is hereby respectfully requested that the Order attached to the Application for Final Compensation by Counsel for Debtor be entered by the Court.

                                                  Respectfully submitted,

<u>November 15, 2022</u>                 <u>/s/ Lauren M. Lamb</u>
Date:                                     Lauren M. Lamb, Esquire
                                           Attorney for the Debtor
                                           STEIDL & STEINBERG
                                           2830 Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 391-8000
                                           PA I. D. No. 209201
                                           llamb@steidl-steinberg.com