**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| TERESA R. TEETS | Case No.:17-24096 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/12/2017  and confirmed on 12/15/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 106,765.04 |
| Less Refunds to Debtor | 3,328.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 103,437.04 |

| Administrative Fees | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 7,562.00 | |
| Trustee Fee | 4,587.79 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,149.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| THE BANK OF NY MELLON TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7355 | | | | |
| THE BANK OF NY MELLON TRUST CO | 5,150.01 | 5,150.01 | 0.00 | 5,150.01 |
| Acct: 7355 | | | | |
| THE BANK OF NY MELLON TRUST CO | 0.00 | 86,137.24 | 0.00 | 86,137.24 |
| Acct: 7355 | | | | |
| THE BANK OF NY MELLON TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7355 | | | | |
| | | | | 91,287.25 |
| Priority | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TERESA R. TEETS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TERESA R. TEETS | 2,496.00 | 2,496.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TERESA R. TEETS | 832.00 | 832.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 17-24096 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| STEIDL & STEINBERG | 1,280.00 | 1,162.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX6/22 | | | | |

* * * N O N E * * *

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4285 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 136.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8637 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 59.44 | 0.00 | 0.00 | 0.00 |
| Acct: 2213 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 200.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3280 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 250.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8549 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 310.35 | 0.00 | 0.00 | 0.00 |
| Acct: 7660 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                      91,287.25

TOTAL CLAIMED
PRIORITY                      0.00
SECURED                   5,150.01
UNSECURED                 956.54

Date: 03/07/2023                                    /s/ Ronda J. Winnecour
                                                    _____
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com